COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In Re Catherine Murrah Molloy

Appellate case number:    01-19-00894-CV

Trial court case number:  2018-67151

Trial court:              257th District Court of Harris County

Relator Catherine Murrah Molloy has filed a second petition for writ of mandamus complaining of the trial court's refusal to set a hearing on Molloy's formal bill of exception. Molloy also complains of the trial court's November 13, 2019 order denying her bill of exception. Molloy has requested an emergency stay of a hearing set for Friday, November 22, 2019.

We **grant** the motion and order the hearing set to occur on Friday, November 22, 2019 stayed pending disposition of this petition. The Court requests a response to the petition for writ of mandamus from real parties in interest, Kevin Fletcher, Stephen Fletcher, and Juliana Fletcher, to be filed **by December 6, 2019**.

It is so ORDERED.

Judge's signature: ___Justice Peter Kelly_____
                    ☑ Acting individually    ☐ Acting for the Court

Date: ___November 15, 2019_____